**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-6245**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARTIN VIDAL SANTILLAN,

Defendant - Appellant.

**No. 26-6363**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARTIN VIDAL SANTILLAN,

Defendant - Appellant.

Appeals from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:18-cr-00048-KDB-SCR-13)

Submitted:  July 16, 2026                    Decided:  July 21, 2026

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Martin Vidal Santillan, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Martin Vidal Santillan appeals the district court's orders denying his pro se motions for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Having carefully reviewed the record, we discern no reversible error in the district court's orders. *See United States v. Moody*, 115 F.4th 304, 310 (4th Cir. 2024) (explaining standard of review). Accordingly, we affirm the district court's orders. *United States v. Santillan*, No. 5:18-cr-00048-KDB-SCR-13 (W.D.N.C. Feb. 5, 2026; Mar. 9, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
